FILED

2023 Mar-08  PM 03:06
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

**DERRICK LYNN DEFOE,**
    Petitioner,

**v.**

**B. CHADWICK WISE, et al.,**
    Respondents.

**Case No. 5:21-cv-1492-CLM-HNJ**

## MEMORANDUM OPINION

The magistrate judge has entered a report (doc. 11), recommending that the court deny petitioner Derrick Lynn Defoe's habeas petition brought under 28 U.S.C. § 2254 (doc. 1) and dismiss his claims with prejudice as untimely filed, not properly exhausted, and procedurally defaulted. Defoe hasn't filed any objections to the recommendation.

After considering the record and the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation, the court will deny Defoe's § 2254 petition (doc. 1) and dismiss his claims with prejudice as untimely filed, not properly exhausted, and procedurally defaulted. The court will enter a separate final judgment that closes this case.

**Done** and **Ordered** on March 8, 2023.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE